IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JEFF WOODARD, EVELYN TYLER,
and KEVIN PHIPPS,

    Plaintiffs,

v.

Case No. 04-2598 B/P

GEORGE M. LITTLE, in his Official
Capacity as Director of Shelby County
Correctional Center, and SHELBY
COUNTY GOVERNMENT,

    Defendants.

## CONSENT ORDER DISMISSING PLAINTIFF JEFF WOODARD'S CLAIMS WITH PREJUDICE

The Court being advised that Jeff Woodard desires to withdraw his claims in the above-styled and numbered matter, and the Court being further advised that there is no opposition to said dismissal with prejudice, the Court hereby

**ORDERS** that the above-styled and numbered matter, as to the claims of Jeff Woodard, be and is hereby dismissed with prejudice.

_____
~~BERNICE B. DONALD~~ J. Daniel Breen
U.S. District Judge

DATE: 10/31/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-1-05

APPROVED FOR ENTRY:

*[signature]*

Kathleen L. Caldwell, #9916
Attorney for Jeff Woodard
2080 Peabody Avenue – Laird Place
Memphis, TN 38104
Telephone: (901) 274-2075
Facsimile: (901) 274-2085

*[signature: Louis P. Britt by KLC w/ telephone permission]*

Louis P. Britt, Esq.
Attorney for Defendant
795 Ridge Lake Blvd, Suite 300
Memphis, TN 38120
Telephone: (901) 291-1500
Facsimile: (901) 291-1501

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02598 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT