IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JEFF WOODARD, EVELYN TYLER,
and KEVIN PHIPPS,

    Plaintiffs,

v.                              Case No. 04-2598 B/P

GEORGE M. LITTLE, in his Official
Capacity as Director of Shelby County
Correctional Center, and SHELBY
COUNTY GOVERNMENT,

    Defendants.

## ORDER GRANTING LEAVE TO WITHDRAW

Before this Court on Motion of Kathleen L. Caldwell for Leave to Withdraw, on service of said motion on Evelyn Tyler and Kevin Phipps, and no opposition by Defendant, and the entire record, the Court finds and

**ORDERS** that the Motion of Kathleen L. Caldwell for Leave to Withdraw from Representation of Plaintiffs Evelyn Tyler and Kevin Phipps be and is hereby granted. Plaintiffs are hereby given thirty (30) days to obtain new counsel.

~~BERNICE B. DONALD~~ Tu M. Pham
U. S. ~~District~~ Magistrate Judge
DATE: October 31, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-1-05

1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02598 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT